UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 23-cv-24525-JB/LMR

BETTERSON,

        Plaintiff,

v.

THE TOWN OF CUTLER BAY, *et al.*

        Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

**THIS CAUSE** was referred to the Honorable Lisette M. Reid, United States Magistrate Judge, for a Report and Recommendation on Defendant's Motion to Dismiss, ECF No. [67]. *See* ECF No. [34]. Magistrate Judge Reid filed a Report and Recommendation ("R&R"), recommending that the Motion for Preliminary Injunction be denied. ECF No. [73]. Plaintiff filed objections to the R&R (the "Objections"), ECF No. [74], to which Defendants responded, ECF No. [76], and Plaintiff replied, ECF No. [77].

This Court has a duty to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b). It also may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.* The Court, having conducted a *de novo* review of the record and the issues presented in Plaintiff's Objections, agrees with Magistrate Judge Reid that Defendant's Motion to Dismiss should be granted.

Accordingly, after careful consideration, it is hereby **ORDERED AND ADJUDGED** that:

1. Plaintiff's Objections, ECF No. [74], are **OVERRULED**.

2. United States Magistrate Judge Reid's Report and Recommendation, ECF No. [73], is **AFFIRMED AND ADOPTED**.

3. Defendant's Motion to Dismiss, ECF No. [34], is **GRANTED**.

4. All pending motions are **DENIED as MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 5th day of May, 2025.

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**